IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLUB GRAVITY, INC. dba PLANET ROCK; RICHARD TRIHN; and AMPHOUVANHA CHANTHALANGSY,<br><br>        Plaintiffs,<br><br>    v.<br><br>MOHAMMED JACK MOGHADDAM; GARY PRICE; JOHN OSBOURN; CITY OF MARYSVILLE; CITY OF MARYSVILLE POLICE DEPARTMENT; GRET GOMMER; and DOES 1 through 10, inclusive,<br><br>        Defendants. | 2:07-cv-488-GEB-EFB<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) ORDER |

In the Joint Status Report ("JSR") filed May 21, 2007, the parties state that, although all defendants have been served, not all defendants have yet appeared in this action. (JSR at 4.) The defendants participating in the JSR request that the status conference "be continued for at least thirty days so that the other defendants can make their appearances." (Id.) The request is granted. The Status (Pretrial Scheduling) Conference set for June 4, 2007, is

continued to August 13, 2007, at 9:00 a.m.  A JSR shall be filed no later than fourteen days prior to the scheduling conference.[1]

IT IS SO ORDERED.

Dated:  May 24, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The failure of one or more of the parties to participate in the preparation of the JSR does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

2