1  GASPAR GARCIA, II SBN 215762
   GARCIA & ASSOCIATES
2  1395 Garden Highway, Suite 175
   Sacramento CA 95833
3  Telephone: (916) 568-3692

4  Attorneys for Plaintiffs,
   **Club Gravity Inc., dba Planet Rock, et al.,**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLUB GRAVITY INC. dba PLANET ROCK, RICHARD TRINH, AMPHOUVANHNA CHANTHALAMGSY, | CASE NO: 2:07-CV-00488-GEB-EFB |
| Plaintiff, | |
| vs. | STIPULATION AND EXPARTE APPLICATION TO WITHDRAW/AMEND PLAINTIFF'S ADMISSIONS |
| MOHAMMED JACK MOGHADDAM, CITY OF MARYSVILLE, MARYSVILLE POLICE DEPARTMENT, SGT OSBORNE, GARY PRICE, and DOES 1 through 10, inclusive | [FRCP Rule 29; FRCP 36(b)] |
| Defendants. | |

COME NOW Plaintiff CLUB GRAVITY INC. dba PLANET ROCK, RICHARD TRINH, AMPHOUVANHNA CHANTHALAMGSY, by and through counsel of record, Gaspar Garcia, Esq., Defendant MOHAMMED JACK MOGHADDAM, by and through counsel of record, Jud Waggoman, Esq., and Defendants CITY OF MARYSVILLE, MARYSVILLE POLICE DEPARTMENT, SGT OSBORNE, GARY PRICE, by and through counsel of record, Dennis Halsey, Esq.

WHEREAS Defendants CITY OF MARYSVILLE, MARYSVILLE POLICE DEPARTMENT, SGT OSBORNE, GARY PRICE served by mail Requests for Admissions-Set Two on July 16, 2008 on Plaintiffs;

1

1  WHEREAS Defendant SGT OSBORNE served by mail Requests for Admissions-Set One on
2  July 16, 2008 on Plaintiffs;
3  WHEREAS for purposes of this stipulation, Defendants will not dispute plaintiffs' assertion
4  that they did not receive the Requests for Admissions;
5  WHEREAS Plaintiffs' Responses to Defendants CITY OF MARYSVILLE, MARYSVILLE
6  POLICE DEPARTMENT, SGT OSBORNE, GARY PRICE's Requests for Admissions-Set Two
7  were due on August 18, 2008;
8  WHEREAS Plaintiffs' Response Defendant SGT OSBORNE's Requests for Admissions-Set
9  One were due on August 18, 2008;
10 WHEREAS the First Time that Plaintiffs' Counsel saw the Requests for Admissions were
11 when Plaintiff received Defendants CITY OF MARYSVILLE, MARYSVILLE POLICE
12 DEPARTMENT, SGT OSBORNE, GARY PRICE Motion for Summary Judgement on September
13 19, 2008;
14 WHEREAS Plaintiff immediately wrote to Dennis Halsey, Counsel for Defendants CITY OF
15 MARYSVILLE, MARYSVILLE POLICE DEPARTMENT, SGT OSBORNE, GARY PRICE on
16 September 19, 2008, requesting this stipulation to allow the Plaintiffs to Withdraw/Amend their
17 Admissions;
18 WHEREAS the Parties agreed that the Plaintiffs' would be allowed  to Withdraw/Amend
19 their Admissions and that Plaintiffs' failure to respond to the Request for Admissions was
20 "inadvertent"
21 WHEREAS the Parties agreed that Statement of Undisputed Facts #58 in Support of the
22 Defendants CITY OF MARYSVILLE, MARYSVILLE POLICE DEPARTMENT, SGT
23 OSBORNE, GARY PRICE's Motion for Summary Judgement would be admitted by the Plaintiffs
24 because it's the only undisputed fact in Defendants' Motion for Summary Judgement that used
25 "admission had been admitted" as its sole supporting evidence.  All other Undisputed Facts
26 submitted by the Defendants had other supporting evidence cited beside that an admission had been
27 deemed admitted;
28

1   WHEREAS Plaintiffs have served concurrently with this Stipulation their Responses to
2 Defendants CITY OF MARYSVILLE, MARYSVILLE POLICE DEPARTMENT, SGT
3 OSBORNE, GARY PRICE's Requests for Admissions-Set Two ;
4   WHEREAS Plaintiffs have served concurrently with this Stipulation their Response
5 Defendant SGT OSBORNE's Requests for Admissions-Set One;
6    The Parties hereby stipulate pursuant to FRCP Rule 36(b) and FRCP Rule 29 (b) .

8 Date:   September 30, 2008                        /S/ Gaspar Garcia, II
                                                    GASPAR GARCIA, II
9                                                   Attorney for Plaintiffs

10
    Date:   September 30, 2008                       /S/ Jud Waggoman
11                                                   JUD WAGGOMAN
                                                     Attorney for Defendant Mohammed Jack
12                                                   Moghaddam

13
    Date:   September 30, 2008                        /S/ Dennis Halsey
14                                                    DENNIS HALSEY
                                                      Attorney for Defendants City of Marysville, et
15                                                    al.

16   IT ORDERED:
17   That pursuant to FRCP Rule 36(b) Plaintiffs may withdraw/amend their Responses to
18 Defendants CITY OF MARYSVILLE, MARYSVILLE POLICE DEPARTMENT, SGT
19 OSBORNE, GARY PRICE's Requests for Admissions-Set Two;
20   IT IS FURTHER ORDERED:
21   That pursuant to FRCP Rule 36(b) Plaintiffs may withdraw/amend their Response Defendant
22 SGT OSBORNE's Requests for Admissions-Set One;

IT IS FURTHER ORDERED:

That Statement of Undisputed Facts #58 in Support of the Defendants CITY OF MARYSVILLE, MARYSVILLE POLICE DEPARTMENT, SGT OSBORNE, GARY PRICE's Motion for Summary Judgement is admitted by the Plaintiffs.

DATED: October 10, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE