DENNIS HALSEY, ESQ. SBN 66091
Law Offices of Dennis Halsey
9 Highland Circle
Chico, CA 95926
(530) 345-1976

Attorney for defendants
City of Marysville, Marysville Police Department, John Osbourn, and Gary Price

**FILED**

OCT 3 0 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

**United States District Court**
**Eastern District of California, Sacramento**

| | |
|---|---|
| CLUB GRAVITY, ETC., ET AL., | Case No. 2:07-CV-00488 GEB EFB |
| Plaintiffs | |
| vs. | STIPULATION FOR ORDER GRANTING LEAVE TO FILE DECLARATION OF LISA LAMONT |
| MOHAMMED JACK MOGHADDAM ET AL., | |
| Defendants. | |

It is hereby stipulated by the parties, through their respective attorneys, that defendants the City of Marysville, the Marysville Police Department, John Osbourn, and Gary Price, may be relieved of their inadvertent failure to file the declaration of Lisa LaMont, and that the court may order that the declaration be filed and considered, as if it were timely filed. A copy of that declaration is attached.

The parties also stipulate that plaintiffs shall have two court days within which to file a Response to the declaration, and defendants shall have one court day to file their Reply to plaintiffs' Response. Plaintiffs' Response is limited to the factual contents of LaMont's

Stip for Order to file Declar of LaMont
-1-

1  declaration, and defendants' Reply is limited to the contents of plaintiffs' Response.

2  This stipulation is subject to approval of the court.

4  Date: October 24, 2008                    /s/ Dennis Halsey

   Dennis Halsey, Esq.
   Attorney for defendant the Marysville defendants.

7  Date: October 29, 2008                    /s/ Gaspar Garcia
   Gaspar Garcia, Esq.
   Attorney for plaintiffs

10 Date: October 24, 2008                    /s/ Jud Waggoman
   Jud Waggoman, Esq.
   Attorney for defendant Moghaddam

12                                  Order

13  Based on the stipulation of the parties, it is ordered that defendants may file the declaration of Lisa LaMont, a copy of which is attached, and that the declaration may be considered as if it were timely filed.

16  The Court further orders that plaintiffs shall have two court days from the date filing of this order within which to file a Response to the declaration of LaMont and that Response shall be limited to a rebuttal of, or objections to, the contents of that declaration. Defendants shall have one court day following the date of filing of plaintiffs' Response within which to file a Reply, limited to the contents of plaintiffs' Response.

22  Date: 10-30-08

                                             The Honorable Garland E. Burrell, Judge, Presiding

Stip for Order to file Declar of LaMont

-2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27 ————————————————————
28

Stip for Order to file Declar of LaMont

-3-