JUD WAGGOMAN
A PROFESSIONAL LAW CORPORATION
California State Bar No. 152267
312 ½ First Street
Marysville, California 95901
Telephone: (530) 743-3036
Facsimile:  (530) 743-1458

Attorney for Defendant
MOHAMMAD JACK MOGHADDAM

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO

| | |
|---|---|
| CLUB GRAVITY, INC. dba PLANET ROCK, RICHARD TRINH, AMPHOUVANHANA CHANTHALAMGSY,<br><br>Plaintiffs,<br><br>v.<br><br>MOHAMMAD JACK MOGHADDAM, ET AL., CITY OF MARYSVILLE, MARYSVILLE POLICE DEPT., SGT. OSBORNE, GARY PRICE, GREG GOMER, and DOES 1 Through 10, inclusive,<br><br>Defendant.<br>_____/ | Case No. 2:07-CV-00488-GEB-EFB<br><br>**ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL DECLARATION OF MOHAMMAD JACK MOGHADDAM IN SUPPORT OF MOTION OF COUNSEL TO WITHDRAW FROM REPRESENTATION AND ALLOWING WITHDRAWAL** |

It is hereby stipulated by the parties, through their respective attorneys, that defendant Mohammad Jack Moghaddam may be relieved of his inadvertent failure to file the supplemental declaration of Mohammad Jack Moghaddam in support of motion of counsel to withdraw from representation, and that the court may order that the declaration be filed and considered, as if it were timely filed.  A copy of that declaration is attached.

*STIPULATION FOR ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL DECLARATION OF MOHAMMAD JACK MOGHADDAM IN SUPPORT OF MOTION OF COUNSEL TO WITHDRAW FROM REPRESENTATION*

1

This Stipulation is subject to the approval of the court.

Date: November 13, 2008        /s/ Jud Waggoman
                               Jud Waggoman, Esq
                               Attorney for Defendant
                               Mohammed Jack Moghaddam

Dated: November 13, 2008       /s/ Dennis Halsey
                               Dennis Halsey, Esq.
                               Attorney for Defendants,
                               City of Marysville Defendants

Dated: November 13, 2008       /s/ Gaspar Garcia
                               Gaspar Garcia, Esq.
                               Attorney for Plaintiffs

ORDER

Based on the stipulation of the parties, it is ordered that defendant may file the supplemental declaration of Mohammed Jack Moghaddam, a copy of which is attached, and that the declaration may be considered as if it were timely filed.  Further, the withdrawal motion of Jud Waggoman (A PROFESSIONAL LAW CORPORATION) is granted.

**Dated:  November 13, 2008**

**GARLAND E. BURRELL, JR.
United States District Judge**

*STIPULATION FOR ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL DECLARATION OF MOHAMMAD JACK MOGHADDAM IN SUPPORT OF MOTION OF COUNSEL TO WITHDRAW FROM REPRESENTATION*

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Attachment A

JUD WAGGOMAN
A PROFESSIONAL LAW CORPORATION
California State Bar No. 152267
312 ½ First Street
Marysville, California 95901
Telephone: (530) 743-3036
Facsimile:  (530) 743-1458

Attorney for Defendant
MOHAMMAD JACK MOGHADDAM

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO**

| | |
|---|---|
| CLUB GRAVITY, INC. dba PLANET ROCK, RICHARD TRINH, AMPHOUVANHANA CHANTHALAMGSY,<br><br>Plaintiffs,<br><br>v.<br><br>MOHAMMAD JACK MOGHADDAM, ET AL., CITY OF MARYSVILLE, MARYSVILLE POLICE DEPT., SGT. OSBORNE, GARY PRICE, GREG GOMER, and DOES 1 Through 10, inclusive,<br><br>Defendant.<br>_____/ | Case No. 2:07-CV-00488-GEB-EFB<br><br>**SUPPLEMENTAL DECLARATION OF MOHAMMAD JACK MOGHADDAM IN SUPPORT OF MOTION OF COUNSEL TO WITHDRAW FROM REPRESENTATION** |

I, MOHAMMAD JACK MOGADDAM, declare:

1. I am aware the Final Pretrial Conference is set for December 22, 2008 at 1:30 p.m.

2. I am aware the Joint Pretrial Conference Statement must be filed no later than December 8, 2008.

3. I am aware the date set for trial to begin is March 24, 2009.

I declare the foregoing is true and correct of my own personal knowledge and this declaration is executed in Marysville, California on November        , 2008.

                                                /S/   Mohammad Jack Moghaddam
                                                MOHAMMAD JACK MOGHADDAM